UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:04-cr-159 **-02** |
| | ) | *Edgar* |
| DEAN DIFILIPPO | ) | |

## ORDER RESCHEDULING JUDGMENT

The defendant, through counsel, has moved to continue the sentencing. The defendant's motion [Doc. 76] is **GRANTED**. It is **ORDERED** that the sentencing hearing set at 1:00 PM on Monday, August 8, 2005, is **RESET** for **9:00 AM on Monday, September 19, 2005**, before the Chief District Judge, third floor courtroom, 900 Georgia Avenue, Chattanooga, Tennessee.

SO ORDERED.

ENTER this *27th day of July, 2005*.

                                            */s/ R. Allan Edgar*
                                            R. ALLAN EDGAR
                                          CHIEF UNITED STATES DISTRICT JUDGE